JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY, a foreign corporation, individually and as subrogee for its insured, Josephine & Ignazio Vivirito,<br><br>Plaintiff,<br><br>vs.<br><br>TERA-POWER ENERGY COMPANY LIMITED, a foreign entity; GOOD TIME COMPANY, a foreign entity; HONG KONG UNI-SUN TECHNOLOGY LIMITED, a foreign entity; AMAZON.COM, INC., a Delaware corporation; and DOES 1 - 20, inclusive,<br><br>Defendants. | Case No. 2-19-cv-07480-AB (RAOx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br><br>Judge:   Hon. Andre Birotte, Jr. |

The Court, having received and reviewed the Stipulation for Dismissal With Prejudice entered into by and among Plaintiff, HARTFORD UNDERWRITERS INSURANCE COMPANY and Defendant AMAZON.COM, INC., and good cause appearing therefor, orders the following:

The Stipulation is hereby **GRANTED**.

/ / /

/ / /

1   **IT IS FURTHER ORDERED** that the above-captioned case is
2   **DISMISSED**, in its entirety, with prejudice, with each party bearing its own
3   attorneys' fees and costs.

6   Dated: December 21, 2020    _____
7                               ANDRÉ BIROTTE JR.
                                UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2020, I electronically transmitted the foregoing document **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel identified on the Court-Generated Notice of Electronic Filing for this matter as indicated below:

Julie L. Hussey
Julian Feldbein-Vinderman
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA  92130-2594
Telephone:   (858) 720-5700
Facsimile:   (858) 720-5799
jhussey@perkinscoie.com
jfeldbeinvinderman@perkinscoie.com
   *Attorneys for Defendant Amazon.com, Inc.*

*/s/ Christine Coito*
Christine Coito

STIPULATION FOR DISMISSAL WITH PREJUDICE
3665138v1